UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANT HAMPTON, JR., | No. 2:25-cv-1126 TKN CKD P |
| Petitioner, | |
| v. | ORDER |
| DANNY SAMUEL, Warden, | |
| Respondent. | |

Petitioner indicates he did not receive a copy of respondent's reply brief pertaining to respondent's motion to dismiss. Good cause appearing, the court will direct the Clerk of the Court to provide petitioner a copy. Petitioner asks for an extension of time to file a sur-reply. Since the court does not generally permit sur-replies, see Local Rule 230(l), that request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the reply brief filed December 5, 2025.
2. Petitioner's request for an extension of time to file a sur-reply (ECF No. 38) is DENIED.

Dated: January 5, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE